IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gonzalez, Nicolas V

Printed: 10/29/08

Case Number: 08 B 12108
Judge: Wedoff, Eugene R
Filed: 5/13/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 4, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,348.08 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,193.11 |
| Trustee Fee: |  | 154.97 |
| Other Funds: |  | 0.00 |
| Totals: | 2,348.08 | 2,348.08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas R Hitchcock | Administrative | 2,964.50 | 2,193.11 |
| 2. | National City Mortgage Co | Secured | 39,708.95 | 0.00 |
| 3. | Thomas R Hitchcock | Priority |  | No Claim Filed |
| 4. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 5. | Premium Asset Recovery Corp | Unsecured |  | No Claim Filed |
| 6. | National Account Adj | Unsecured |  | No Claim Filed |
| 7. | CCA | Unsecured |  | No Claim Filed |
| 8. | United Collection Bureau Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 42,673.45 | $ 2,193.11 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 154.97 |
|  | $ 154.97 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

